

**SIDLEY**

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5543
MCOLON-BOSOLET@SIDLEY.COM

September 18, 2024

*The request to adjourn the initial pretrial conference is GRANTED. The conference shall now be held on **December 3, 2024**, at **12:30 p.m.***

**Via ECF**

The Hon. Jennifer L. Rochon
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Dated: September 19, 2024
          New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:     *Colon v. Piña et al.*, No. 24-cv-5381

Dear Judge Rochon:

    I write on behalf of Defendants Lorenzo Piña and Global Trade Bridge Corp. to request a continuance of the October 15, 2024 Initial Pretrial Conference. Dkt. 2. I am currently scheduled to be on trial the weeks of October 7 and 14, 2024, in the U.S. District Court for the Eastern District of Texas, and as such would be unable to appear for the conference. My co-counsel is "on call" for jury duty from October 7–18, 2024, and therefore may also be unable to appear for the conference.

    Defendants are scheduled to respond to the First Amended Complaint by way of a motion to dismiss or answer on or before November 4, 2024. As the parties' position on scheduling matters may be affected by the nature and contents of its response, we respectfully request that the Initial Pretrial Conference be scheduled for a date after November 4, 2024. I have conferred with counsel for the Plaintiff, and the parties are available for an Initial Pretrial Conference December 2–4, 2024.

    This is Defendants' first request for rescheduling the Initial Pretrial Conference in this case. Plaintiff's counsel has advised that Plaintiff consents to this request.

Respectfully submitted,

 /s/ *Melissa Colón-Bosolet*
Melissa Colón-Bosolet

cc:     All counsel (via ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.