

299 Broadway
17th Floor
New York, New York
10007

(212) 233-3900

evan@brusteinlaw.com
www.brusteinlaw.com

November 15, 2024

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

The requested adjournment of the IPTC is granted and the IPTC is rescheduled to February 12, 2025 at 10:00 a.m.  Discovery is stayed until the IPTC.

Date:  November 15, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

re: <u>Colon v. Pina, et al.</u> 24-CV-5381 (JLR)

Dear Judge Rochon,

My office represents the Plaintiff Antonio Colon ("Plaintiff") in the above matter.  In that capacity, I write jointly with Daniel Hay. Esq., counsel for Defendants Lorenzo Pina and Global Trade Bridge Corp. ("Defendants") to respectfully request that the Initial Conference, currently scheduled for December 3, 2024 be adjourned until after Defendants' Reply Brief is due on January 15, 2025 and to adjourn briefing on the pending motion to stay discovery until the week before the Initial Conference.

By way of background, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint and Plaintiff's Opposition is due by December 20, 2024, and Defendants' Reply is due by January 15, 2025. Defendants have also moved for a Stay of Discovery while their motion to dismiss is pending.  The Parties have agreed to stay discovery until the Court rules on the motion to stay.  The Parties submit that delaying the Initial Conference until after January 15, 2025 will make the Initial Conference more productive.  As Plaintiff does not oppose the Stay continuing until the Initial Conference, Defendants have agreed to have the issue of the Stay be addressed at the Initial Conference.  The Parties have conferred about dates for the Initial Conference and propose February 12,2025, February 25, 2025, February 28, 2025, or a date thereafter which is convenient for the Court.

The Parties thank the Court for its consideration herein.

,                                   Respectfully submitted,

                                    /s/ Evan Brustein

                                    Evan Brustein

                                                  BRUSTEIN LAW PLLC
                                                  299 Broadway, 17th Floor
                                                  New York, New York 10007
                                                  Telephone: (212) 233-3900
                                                  Facsimile: (212) 285-0531
                                                  Email: evan@brusteinlaw.com
                                                  *Attorneys for Plaintiff*

cc:     All parties (via ECF)