

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5543
MCOLON-BOSOLET@SIDLEY.COM

May 30, 2025

**Via ECF**

The Hon. Jennifer L. Rochon
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

    Re:    *Colon v. Piña et al.*, No. 24-cv-5381

Dear Judge Rochon:

    This firm represents Defendants Lorenzo Piña and Global Trade Bridge Corp. On May 28, 2025, the Court scheduled an initial pretrial conference for July 15, 2025 at 10:30 a.m. Dkt. 55. Counsel for Defendants are unavailable at this time due to previously scheduled professional commitments. Counsel for all parties conferred with the Court's chambers and were advised that the Court has availability on July 16, 2025 at 3:00 p.m.

    Defendants therefore request a one-day continuance of the upcoming hearing to July 16, 2025 at 3:00 p.m.[1] Counsel for Plaintiff consents to this request.

Respectfully submitted,

/s/ *Melissa Colón-Bosolet*
Melissa Colón-Bosolet

cc: All counsel (via ECF)

The requested adjournment is GRANTED. The initial pretrial conference is rescheduled to July 16, 2025 at 3:00 p.m.

Date:   June 2, 2025
           New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

---

[1] Alternatively, the parties are also available July 17, 2025, and July 18, 2025.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.