UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO EDUARDO COLÓN,

     Plaintiff,

  -against-

LORENZO PIÑA and GLOBAL TRADE
BRIDGE CORP.,

     Defendants.

Case No. 1:24-cv-05381 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Given Plaintiff's representations at the June 22, 2026 conference that Plaintiff has

performed, with the assistance of counsel, a good faith investigation and produced all responsive,

non-privileged documents, and taking Plaintiff's representation that all documents that have been

produced by Plaintiff are, with minimal exceptions, responsive to Defendants' document

requests, the Court will not impose contempt sanctions at this time.

Dated: June 22, 2026
   New York, New York

      SO ORDERED.

      _Jennifer Rochon_
      JENNIFER L. ROCHON
      United States District Judge