SIDLEY

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, DISTRICT OF COLUMBIA 20005
+1 202 736 8000
+1 202 736 8711 FAX

+1 202 736 8048
DHAY@SIDLEY.COM

August 18, 2026

Request GRANTED. The discovery conference currently scheduled for August 25, 2026, shall be held September 1, 2026, at 3:00 p.m. The conference will be held remotely via Microsoft Teams. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 944 376 221#.

Dated: August 19, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

**Via ECF**
The Hon. Jennifer L. Rochon
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Colón v. Piña et al.*, No. 24-cv-5381 (JLR): Consent Request for Adjournment of In-Person Discovery Conference

Dear Judge Rochon:

Pursuant to Your Honor's August 14, 2026 Order scheduling an in person discovery conference on August 25, 2026 at 2:30 p.m. (ECF No. 88), I write on behalf of Defendants Lorenzo Piña and Global Trade Bridge Corp., and with the consent of Plaintiff Antonio Colón, to request a brief continuance of the conference due to preexisting scheduling conflicts.

Counsel for both Plaintiff and Defendants are unavailable on August 25 due to previously scheduled personal travel and professional obligations in other cases. Counsel for the parties have conferred and are available on the following dates:

- Tuesday, September 1 after 2 p.m.;
- Wednesday, September 2; and
- Thursday, September 3.

Plaintiff's counsel has asked that one of Plaintiff's lawyers, Robert Alvarez, be permitted to join remotely.[1]

We apologize for the inconvenience and are available should the Court have any questions.

Respectfully submitted,

*/s/ Daniel J. Hay*
Daniel J. Hay
*Counsel for Defendants*

cc: All counsel (via ECF)

[1] Defense counsel takes no position on this request and intend to appear in person.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.