**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
COLON,

Plaintiff,

-against-

DOE, *et al.*,

Defendants.
------------------------------------------------------------X

**ORDER**

**24-CV-5381 (JLR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This case was referred to the undersigned for General Pretrial. See Dkt. No. 95. The parties are to file a joint letter outlining ripe discovery and scheduling disputes by **September 14, 2026**. The joint letter shall be no more than **six pages** and shall state each side's position on the issues. Each side must provide their opponent with their opening disputes by **September 9, 2026** so the other side has enough time to meaningfully respond. The parties are to provide a courtesy copy to the Court (double sided, tabbed, in a binder).

The parties shall appear for oral argument on issues enumerated in the joint letter on **September 24, 2026 at 2:00 PM**. The conference will be held in Courtroom 228 at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

DATED: New York, New York
August 28, 2026

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge