**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

COLON,

Plaintiff,

-against-

DOE, *et al.*,

Defendants.

---------------------------------------------------------------X

**ORDER**

**24-CV-5381 (JLR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On September 24, 2026, the parties appeared for oral argument on Defendants' request to compel discovery issues outlined in Dkt. Nos. 84, 85, 90, 91, and 97. For reasons more fully stated on the record, the Court orders the following:

- **Production of allegedly non-responsive discovery**
    - Plaintiff's counsel is directed to file a declaration providing more information regarding his document review process of the over 200,000 produced documents. The declaration should be from the attorney who performed the document review. The declaration should include how many people performed the review, how the review was conducted to identify responsive documents (e.g., whether a document review protocol was utilized), and confirm whether all documents were reviewed by an attorney and if not, indicate an estimate of what percentage of the documents were actually reviewed. The declaration is due on **October 8, 2026**.

- **Allegedly missing documents**
  - Defendants' request for documents regarding category 1 (tax returns) and category 3 (corporate formation and government documents) is **DENIED**.
- **Allegedly improperly obtained data and devices**
  - Defendants' request for Plaintiff to return the computer at issue and to identify documents produced from the computer is **DENIED**.
  - Defendants' request for the names of former GTB employees Plaintiff contacted for potentially responsive documents is **GRANTED**. Plaintiff is directed to produce a record of who he reached out to and what documents he obtained from those people. Plaintiff must provide this information to Defendants by **October 26, 2026**.
- Defendants' interrogatories
  - The parties are directed to meet and confer to pare down Interrogatory Nos. 3 and 19. Once they are pared down, Plaintiff will have thirty days to respond.
  - Because the parties reached an agreement on Interrogatory No. 5, the Court need not rule on this request, but Plaintiff is directed to provide the requisite information by **October 26, 2026**.
  - Defendant's request to compel a response to Interrogatory No. 22 is **DENIED.**

  - Defendant's request to compel a response to Interrogatory Nos. 7 and 12 is **GRANTED.** Plaintiff must produce his responses by **October 26, 2026.**

- Expert report
  - Defendants' deadline to complete the expert report is now due 10 days after Plaintiff sufficiently responds to Interrogatory No. 3.
- The parties are directed to order a copy of the transcript and provide a courtesy copy to the Court via email.

SO ORDERED.

DATED: New York, New York
September 25, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge